# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 16, 2023

Mr. Bradford W. Bogan
Federal Public Defender's Office
Western District of Texas
300 Convent Street
Suite 2300
San Antonio, TX 78205

Mr. Charles E. Fowler Jr.
U.S. Attorney's Office
Western District of Texas
903 San Jacinto Boulevard
Suite 334
Austin, TX 78701

Ms. Maureen Scott Franco
Federal Public Defender's Office
Western District of Texas
300 Convent Street
San Antonio, TX 78205

Mr. Joseph H. Gay Jr.
U.S. Attorney's Office
Western District of Texas
601 N.W. Loop 410
San Antonio, TX 78216

　　　No. 22-51062　　USA v. Collette
　　　　　　　　　　　USDC No. 7:22-CR-141-1

Dear Counsel,

Your appeal has been placed in abeyance this date pending a decision in United States Supreme Court No. 22-915. Once the case has been removed from abeyance, you will receive notification from this court with any additional instructions.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Charles B. Whitney, Deputy Clerk
504-310-7679