# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 26, 2024

TO COUNSEL LISTED BELOW:

     No. 22-51062    USA v. Collette

Dear Counsel:

The panel to whom the above referenced case was assigned has determined under FRAP 34(a) that oral argument will not be required in this case. Therefore, counsel need not appear for argument during the week of October 7, 2024.

The case will be decided in due course on the record and briefs on file.

                               Very truly yours,
                               LYLE W. CAYCE, Clerk

                               By: _____
                               Shirley M. Engelhardt
                               Assistant Calendaring Clerk
                               504-310-7631

Ms. Elizabeth Berenguer
Mr. Bradford W. Bogan
Mr. Charles E. Fowler Jr.
Ms. Maureen Scott Franco
Mr. Joseph H. Gay Jr.
Ms. Mahogane Denea Reed