# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
November 5, 2024
Lyle W. Cayce
Clerk

No. 22-51062

United States of America,

*Plaintiff—Appellee,*

versus

Jeroswaski Wayne Collette,

*Defendant—Appellant.*

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:22-CR-141-1

_____

ON PETITION FOR REHEARING

Before Higginbotham, Stewart, and Haynes, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that the petition for rehearing is DENIED.[1]

---

[1] The mandate has been issued in *United States v. Diaz*, 116 F.4th 458 (5th Cir. 2024), where the petition for rehearing en banc was denied.